UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:     ARMANDO NAPOLES
           A/K/A ARMANDO NAPOLES PEREZ
           A/K/A ARMANDO RAFAEL NAPOLES

           Debtor,

                                                                Case No.: 10-34904-DOT
                                                                Chapter 13

           AMERICAN HONDA FINANCE CORPORATION

           Plaintiff,

v.

           ARMANDO NAPOLES
           A/K/A ARMANDO NAPOLES PEREZ
           A/K/A ARMANDO RAFAEL NAPOLES

           ROBERT E. HYMAN, ESQUIRE

           Defendants.

**ORDER WITHDRAWING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

THIS CAUSE came upon the Motion for Relief from the Automatic Stay filed herein by American Honda Finance Corporation ("Honda") with regard to the 2008 Honda Ridgeline, VIN 2HJYK16268H510660, involved herein;

WHEREUPON it appearing to the Court that the debtors' filed an amended Chapter 13 Plan rendering GMAC's motion moot; It is therefore

Carl A. Eason, Esquire
Counsel for Honda
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633
VSB# 18636

ORDERED that the Motion for Relief is hereby withdrawn;

Copies of this Order shall be mailed or electronically transmitted to Carl A. Eason, Convergence Center IV, 301 Bendix Road, Suite 500, Virginia Beach, Virginia 23452, counsel for Honda; Richard James Oulton, Esquire, 111 Highland Avenue, Colonial Heights, VA 23834, counsel for debtor, to Robert E. Hyman, Esquire, P.O. Box 1780, Richmond, VA 23218-1780, and to the debtor, 2604 Boston Street, Hopewell, VA 23860.

ENTER:

_____
JUDGE
Notice of Judgement or Order
Entered _____

I ask for this:


   /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for Honda
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2011, a true copy of the foregoing Order was mailed to all necessary parties, which include Richard James Oulton, Esquire, 111 Highland Avenue, Colonial Heights, VA 23834, counsel for debtor, Robert E. Hyman, Esquire, P.O. Box 1780, Richmond, VA 23218-1780, the debtor, 2604 Boston Street, Hopewell, VA 23860 and the co-debtor, 8906 Quinnford Blvd., Richmond, VA 23237.

     /s/ Carl A. Eason