UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  ARMANDO NAPOLES
A/K/A ARMANDO NAPOLES PEREZ
A/K/A ARMANDO RAFAEL NAPOLES

Debtor,

Case No.: 10-34904-DOT
Chapter 13

AMERICAN HONDA FINANCE CORPORATION

Plaintiff,

v.

MARINA ANTONIA CORTEZ, CO-DEBTOR
ROBERT E. HYMAN, ESQUIRE

Defendants,

**ORDER GRANTING RELIEF FROM THE AUTOMATIC CO-DEBTOR STAY**

THIS CAUSE came upon the Motion for Relief from the Automatic Co-Debtor Stay filed herein by American Honda Finance Corporation ("Honda") with respect to a 2008 Honda Ridgeline, VIN 2HJYK16268H510660;

WHEREUPON, it appearing to the Court that the co-debtor-defendant, after receiving proper service and notice of said motion, failed to file an Answer in this matter, it is therefore,

ORDERED that Honda is granted relief from the automatic co-debtor stay to pursue its

Carl A. Eason, Esquire
Counsel for Ford
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633
VSB# 18636

State Court remedies;

It is further ORDERED that the fourteen (14) day period provided for in Rule 4001(a)(3) of the Bankruptcy Rules be, and hereby is, waived, and such relief from stay shall become effective immediately upon entry of this Order;

Copies of this Order shall be mailed or electronically transmitted to Carl A. Eason, Convergence Center IV, 301 Bendix Road, Suite 500, Virginia Beach, Virginia 23452, counsel for Honda; to Richard James Oulton, Esquire, 111 Highland Avenue, Colonial Heights, VA 23834, counsel for debtor, to Robert E. Hyman, Esquire, P.O. Box 1780, Richmond, VA 23218-1780, the debtor, 2604 Boston Street, Hopewell, VA 23860, and to the co-debtor, 8906 Quinnford Blvd., Richmond, VA 23237.

ENTER:

_____
Judge
Notice of Judgment or Order
Entered _____

I ask for this:

   /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for Honda
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, Virginia 23452

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2011, a true copy of the foregoing Order was mailed to all necessary parties, which include Richard James Oulton, Esquire, 111 Highland Avenue, Colonial Heights, VA 23834, counsel for debtor, Robert E. Hyman, Esquire, P.O. Box 1780, Richmond, VA 23218-1780, the debtor, 2604 Boston Street, Hopewell, VA 23860 and the co-debtor, 8906 Quinnford Blvd., Richmond, VA 23237.

   /s/ Carl A. Eason